1  CHARLES F. PREUSS (State Bar No. 45783)
   BRENDA N. BUONAIUTO (State Bar No. 173919)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510
   charles.preuss@dbr.com
5  brenda.buonaiuto@dbr.com

6  Attorneys for Defendants
   ORTHO-MCNEIL PHARMACEUTICAL, INC., now
7  known as ORTHO-McNEIL-JANSSEN
   PHARMACEUTICALS, INC.
8  and MCKESSON CORPORATION

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12  THERESA CLEMONDS, an individual;         CV 08   1167
    VALERI HAMILTON, an individual;          Case No.
13  CLAUDIA MATAMOROS, an individual;        NOTICE OF PENDENCY OF OTHER
    LATASHA PRENTICE, an individual;         ACTION OR PROCEEDING
14  MARGARET RAINEY, an individual;          [CIV. L.R. 3-13]
    FELECIA SOUTHWELL, an individual;
15  HALEY VANSANDT, an individual;

16                  Plaintiffs,

17        v.

18  ORTHO-MCNEIL PHARMACEUTICAL,
    INC., a Delaware Corporation;
19  MCKESSON CORP. and DOES 1-500,
    inclusive,
20
                    Defendants.
21

22      Pursuant to Civil L.R. 3-13, defendants Ortho-McNeil Pharmaceutical, Inc.

23  ("OMP"), now known as Ortho-McNeil-Janssen Pharmaceuticals, Inc. ("OMJPI"), and

24  McKesson Corporation ("McKesson") (collectively "Defendants") submit the following

25  Notice of Pendency of Other Action or Proceeding:

26      On March 1, 2006, the Judicial Panel on Multidistrict Litigation ("JPML") created

27  MDL 1742, *In re Ortho Evra Products Liability Litigation*, ruling that all federal actions

28  involving allegations of injury or death from use of the prescription drug Ortho Evra® be

1  centralized for pre-trial purposes in the United States District Court for the Northern
2  District of Ohio, before the Honorable David A. Katz, Case Number 1:06-CV-40000-
3  DAK. To date, over 900 cases have been transferred to MDL 1742, and transfers of
4  additional "tag-along" actions are pending. Defendants have requested that this action be
5  deemed a "tag-along" and transferred to MDL No. 1742. Pursuant to Civil L.R. 3-13,
6  defendants therefore respectfully request that this Court stay this action, pending transfer
7  to the MDL, to achieve the judicial economies that underlie 28 U.S.C. Section 1407
8  (Multi-District Litigation Procedures) and to avoid conflicts, conserve resources, and
9  promote an efficient determination of the action.

10  Please take notice that, in addition to MDL No. 1742, the following state court
11  actions also allege product liability claims against OMP, now known as OMJPI, and/or
12  other Johnson & Johnson companies related to use of the prescription drug Ortho Evra®:

13  1. *In re Ortho Evra Birth Control Patch Litigation*, Superior Court of New
14  Jersey, Middlesex County, Case No. 275. To date, over 450 cases have been filed in the
15  Superior Court of New Jersey;

16  2. *In Re Ortho Evra ® Litigation*, Judicial Council Coordination Proceeding
17  No. 4506, Superior Court of California, County of Los Angeles. To date, 63 California
18  state court cases have been filed in and/or added to this coordinated proceeding and there
19  are add-on petitions to be filed or pending in an additional 9 California state court cases;

20  3. *Faulkner, Raquel v. Ortho-McNeil Pharmaceutical, Inc.; Johnson &*
21  *Johnson; Johnson & Johnson Pharmaceutical Research and Development, L.L.C. f/k/a*
22  *R.W. Johnson Institute; Stanley L. Smith, Jr., M.D.; Stanley L. Smith, Jr., M.D. P.C.;*
23  *Methodist Healthcare; Methodist Healthcare Memphis Hospitals, d/b/a, Methodist*
24  *Germantown; Norberto R. Rojas, M.D.; and Medical Anesthesia Group, A Professional*
25  *Association*, Circuit Court of Shelby County, Tennessee, Case No. CI-005867-06;

26  4. *Greene, Stephanie v. Planned Parenthood Federation America, Inc.;*
27  *Planned Parenthood of Wisconsin, Inc.; Johnson & Johnson; Ortho-McNeil*
28  *Pharmaceutical, Inc.; Johnson & Johnson Pharmaceutical Research and Development,*

1  *L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute; and Organon USA, Inc.*,
2  Circuit Court of Milwaukee County, State of Wisconsin, Cause No. 06-9081;
3      5.  *Hale, Ronald and Hale, Johnna, Individually and as Next of Friend and*
4  *Special Administrators of the Estate of Jalisa K. Hale, deceased v. Ortho-McNeil*
5  *Pharmaceutical, Inc.; Johnson & Johnson; Johnson & Johnson Pharmaceutical Research*
6  *& Development, L.L.C. f/k/a R.W. Johnson Pharmaceutical Research Institute; Dr. Elisa*
7  *Crouse, O.B.G.Y.N., Doctor Does 1-5; Corporate Does 1-5; and John and/or Jane Does*
8  *1-5*, District Court of Oklahoma County, State of Oklahoma, Case No. 06-7403;
9      6.  *Hunt, Tracy v. Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson;*
10 *and Johnson & Johnson Pharmaceutical Research and Development, L.L.C., f/k/a R.W.*
11 *Johnson Pharmaceutical Research Institute*, Third Judicial Circuit, Madison County,
12 Illinois, Cause No. 0193-06;
13     7.  *Jackson, Lealer Administratrix of the estate of Jackson, Marion, deceased*
14 *on behalf of the estate and its statutory heirs v. Johnson & Johnson; Johnson & Johnson*
15 *Pharmaceutical Research & Development, L.L.C., f/k/a R.W. Johnson Pharmaceutical*
16 *Research Institute and Ortho-McNeil Pharmaceutical, Inc.*, In the Circuit Court of
17 Jefferson County, Arkansas, Civ – 07844-5;
18     8.  *Kendall, Chabrel J. and Kendall, Dennis E. and Ricard D. Nelson, Esq. v.*
19 *Johnson & Johnson, Ortho McNeil-Pharmaceutical, Johnson & Johnson Pharmaceutical*
20 *Research & Development, LLC, Alza Corporation and John/Jane Does 1 through 25,*
21 *Inclusive*, Court of Common Pleas, Cuyahoga County, Ohio, Case No. 07-641544;
22     9.  *LeFebvre, Michael, as trustee for the next-of-kin of LeFebvre, Jessica,*
23 *deceased v. Johnson & Johnson, Johnson & Johnson Pharmaceutical Research &*
24 *Development, L.L.C., Ortho-McNeil Pharmaceutical, Inc., Quello Clinic Ltd., and Gary*
25 *P. Brandeland, M.D.*, State of Minnesota, County of Hennepin, District Court, Fourth
26 Judicial District, case number is unassigned;
27     10. *McNichols, Jennifer v. Johnson & Johnson; Johnson & Johnson*
28 *Pharmaceutical Research and Development, L.L.C.; Ortho-McNeil Pharmaceutical, Inc.;*

1  *and Walgreen's Co.*, Third Judicial Circuit, Madison County, IL, Case No. 06-L-69;

2  11. *Neal, Miriam v. Ortho-McNeil Pharmaceutical, Inc.; Johnson & Johnson*
3  *Corporation; Johnson & Johnson Pharmaceutical Research and Development, L.L.C.;*
4  *Fulton-Dekalb Hospital Authority d/b/a Grady Health Systems; The Emory Clinic, Inc.;*
5  *Emory University, Inc.; Morehouse Medical Associates, Inc.; Morehouse Medical School*
6  *Inc.; Hugh Randall, M.D.; John/Jane Does 1-10; and ABC Corps. 1-5,* Court of Dekalb
7  County, Georgia, Civil Action No. 06A-54270-2; and

8  12. *Theis, Jill, et al. v. Ortho-McNeil Pharmaceutical, Inc.; Johnson &*
9  *Johnson; Johnson & Johnson Pharmaceutical Research and Development, L.L.C. f/k/a*
10  *R.W. Johnson Pharmaceutical Research Institute; and Walgreen Co.,* Third Judicial
11  Circuit, Madison County, Illinois, Cause No. 2006-L-784.

13  Dated: February 26, 2008                     DRINKER BIDDLE & REATH

                                                 /s/ Brendan Buonaiuto
                                                 CHARLES F. PREUSS
                                                 BRENDA N. BUONAIUTO
                                                 Attorneys for Defendants
                                                 ORTHO-MCNEIL PHARMACEUTICAL,
                                                 INC., now known as ORTHO-MCNEIL-
                                                 JANSSEN PHARMACEUTICALS, INC.,
                                                 and MCKESSON CORPORATION

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

NOTICE OF PENDENCY                                              CASE NO.