| | |
|---|---|
| 1 | CHARLES F. PREUSS (State Bar No. 45783) |
| 2 | BRENDA N. BUONAIUTO (State Bar No. 173919) |
|   | DRINKER BIDDLE & REATH LLP |
| 3 | 50 Fremont Street, 20th Floor |
|   | San Francisco, California 94105 |
| 4 | Telephone: (415) 591-7500 |
|   | Facsimile: (415) 591-7510 |
| 5 | charles.preuss@dbr.com |
|   | brenda.buonaiuto@dbr.com |
| 6 | |
|   | Attorneys for Defendants |
| 7 | ORTHO-MCNEIL PHARMACEUTICAL, INC., now known as ORTHO-McNEIL-JANSSEN |
|   | PHARMACEUTICALS, INC., |
| 8 | and MCKESSON CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THERESA CLEMONDS, an individual; VALERI HAMILTON, an individual; CLAUDIA MATAMOROS, an individual; LATASHA PRENTICE, an individual; MARGARET RAINEY, an individual; FELECIA SOUTHWELL, an individual; HALEY VANSANDT, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>ORTHO-MCNEIL PHARMACEUTICAL, INC., a Delaware Corporation; MCKESSON CORP. and DOES 1-500, inclusive,<br><br>Defendants. | Case No. CV 08 1167<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br>**[CIV. L.R. 3-16]** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Defendant Ortho-McNeil Pharmaceutical, Inc., now known as Ortho-McNeil-Janssen Pharmaceuticals, Inc., is a wholly owned subsidiary of Johnson &

1  Johnson, and Ortho-McNeil-Janssen Pharmaceuticals, Inc. is the sole member of the
2  limited liability company Johnson & Johnson Pharmaceutical Research & Development,
3  L.L.C.

4  Dated: February 26, 2008

DRINKER BIDDLE & REATH

*Brendan Buonaiuto*

CHARLES F. PREUSS
BRENDA N. BUONAIUTO
Attorneys for Defendants
ORTHO-MCNEIL PHARMACEUTICAL,
INC., now known as ORTHO-MCNEIL-
JANSSEN PHARMACEUTICALS, INC.
and MCKESSON CORPORATION

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

395860v1

2
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS                CASE NO.