CHARLES F. PREUSS (State Bar No. 45783)
BRENDA N. BUONAIUTO (State Bar No. 173919)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
charles.preuss@dbr.com
brenda.buonaiuto@dbr.com

Attorneys for Defendants
ORTHO-MCNEIL PHARMACEUTICAL, INC., now
known as ORTHO-McNEIL-JANSSEN
PHARMACEUTICALS, INC.,
and MCKESSON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THERESA CLEMONDS, an individual; VALERI HAMILTON, an individual; CLAUDIA MATAMOROS, an individual; LATASHA PRENTICE, an individual; MARGARET RAINEY, an individual; FELECIA SOUTHWELL, an individual; HALEY VANSANDT, an individual; <br><br> Plaintiffs, <br><br> v. <br><br> ORTHO-MCNEIL PHARMACEUTICAL, INC., a Delaware Corporation; MCKESSON CORP. and DOES 1-500, inclusive, <br><br> Defendants. | Case No. CV 08 1167 <br><br> **DISCLOSURE STATEMENT OF ORTHO-MCNEIL PHARMACEUTICAL, INC.** <br> **[F.R.C.P. 7.1]** |

Pursuant to Federal Rule of Civil Procedure. 7.1, defendant Ortho-McNeil Pharmaceutical, Inc., now known as Ortho-McNeil-Janssen Pharmaceuticals, Inc., submits the following disclosure statement: Ortho-McNeil Pharmaceutical, Inc., now known as Ortho-McNeil-Janssen Pharmaceuticals, Inc., is a wholly owned subsidiary of Johnson & Johnson, and Ortho-McNeil-Janssen Pharmaceuticals, Inc. is the sole member of the limited liability company Johnson & Johnson Pharmaceutical Research & Development, L.L.C.

| | |
|---|---|
| 1 | |
| 2 | Dated: February 26, 2008 |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

Dated: February 26, 2008

DRINKER BIDDLE & REATH

*[signature]*

CHARLES F. PREUSS
BRENDA N. BUONAIUTO
Attorneys for Defendants
ORTHO-MCNEIL PHARMACEUTICAL, INC., now known as ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., and MCKESSON CORPORATION

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

2

DISCLOSURE STATEMENT                    CASE NO.