CHARLES F. PREUSS (State Bar No. 45783)
BRENDA N. BUONAIUTO (State Bar No. 173919)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
charles.preuss@dbr.com
brenda.buonaiuto@dbr.com

Attorneys for Defendants
ORTHO-MCNEIL PHARMACEUTICAL, INC., now known as ORTHO-McNEIL-JANSSEN PHARMACEUTICALS, INC.,
and MCKESSON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THERESA CLEMONDS, an individual; VALERI HAMILTON, an individual; CLAUDIA MATAMOROS, an individual; LATASHA PRENTICE, an individual; MARGARET RAINEY, an individual; FELECIA SOUTHWELL, an individual; HALEY VANSANDT, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>ORTHO-MCNEIL PHARMACEUTICAL, INC., a Delaware Corporation; MCKESSON CORP. and DOES 1-500, inclusive,<br><br>Defendants. | Case No. CV 08-1167<br><br>DISCLOSURE STATEMENT OF MCKESSON CORPORATION<br>[F.R.C.P. 7.1] |

Pursuant to Federal Rule of Civil Procedure. 7.1, defendant McKesson Corporation ("McKesson") submits the following disclosure statement: There is no parent corporation of McKesson, and no publicly held corporation owns 10% or more of its stock.

| | | |
|---|---|---|
| 1 | Dated: February 26, 2008 | DRINKER BIDDLE & REATH |
| 2 | | |
| 3 | | *[signature]* |
| 4 | | CHARLES F. PREUSS |
| 5 | | BRENDA N. BUONAIUTO |
| 6 | | Attorneys for Defendants |
| 7 | | ORTHO-MCNEIL PHARMACEUTICAL, INC., now known as ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., and MCKESSON CORPORATION |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

2

DISCLOSURE STATEMENT                                                CASE NO.