1  CHARLES F. PREUSS (State Bar No. 45783)
   BRENDA N. BUONAIUTO (State Bar No. 173919)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510
   charles.preuss@dbr.com
5  brenda.buonaiuto@dbr.com

6  Attorneys for Defendants
   ORTHO-MCNEIL PHARMACEUTICAL, INC., now
7  known as ORTHO-McNEIL-JANSSEN
   PHARMACEUTICALS, INC.,
8  and MCKESSON CORPORATION

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12  THERESA CLEMONDS, an individual;          Case No. 08                1167
    VALERI HAMILTON, an individual;
13  CLAUDIA MATAMOROS, an individual;         **CERTIFICATE OF SERVICE**
    LATASHA PRENTICE, an individual;
14  MARGARET RAINEY, an individual;
    FELECIA SOUTHWELL, an individual;
15  HALEY VANSANDT, an individual;

16               Plaintiffs,

17        v.

18  ORTHO-MCNEIL PHARMACEUTICAL,
    INC., a Delaware Corporation;
19  MCKESSON CORP. and DOES 1-500,
    inclusive,
20
                 Defendants.
21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

CERTIFICATE OF SERVICE                                          CASE NO.

1

## CERTIFICATE OF SERVICE

2

I, GLORIA CADENA, declare that:

3

4

I am at least 18 years of age, and not a party to the above-entitled action. My business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105, Telephone: (415) 591-7500.

5

On February 27, 2008, I caused to be served the following document(s):

6

**1.     CIVIL COVER SHEET;**

7

8

**2.     NOTICE OF REMOVAL AND REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) [DIVERSITY];**

9

**3.     NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING [CIV. L.R. 3-13];**

10

11

12

**4.     DECLARATION OF BRENDA N. BUONAIUTO IN SUPPORT OF NOTICE OF REMOVAL AND REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) [DIVERSITY];**

13

14

**5.     DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [CIV. L.R. 3-16];**

15

**6.     DISCLOSURE STATEMENT OF ORTHO-MCNEIL PHARMACEUTICAL, INC. [F.R.C.P. 7.1];**

16

17

**7.     DISCLOSURE STATEMENT OF MCKESSON CORPORATION [F.R.C.P. 7.1]; and**

18

**8.     DEFENDANTS' ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL.**

19

20

by enclosing a true copy of (each of) said document(s) in (an) envelope(s), addressed as follows:

21

22

23

24

☐     BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposed with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

25

26

☐     BY PERSONAL SERVICE: I caused such envelopes to be delivered by a messenger service by hand to the address(es) listed below:

27

☑     BY OVERNIGHT DELIVERY: I enclosed a true copy of said document(s) in a Federal Express envelope, addressed as follows:

28

☐     BY FACSIMILE: I caused such documents to be transmitted by facsimile

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\G949551

1  transmission and mail as indicated above.

2

3  Shawn Khorrami, Esq.                    Brian Kabateck, Esq.
   KHORRAMI, POLLARD & ABIR, LLP           KABATECK BROWN KELLNER, LLP
   444 S. Flower Street                    644 South Figueroa Street
4  Thirty-Third Floor                      Los Angeles, CA 90071
   Los Angeles, CA 90071                   Telephone: (213) 217-5000
5  Telephone: (213) 596-6000               Attorneys for Plaintiffs
   Attorneys for Plaintiffs

6
   Michael S. Burg, Esq.
7  BURG SIMPSON ELDREDGE HERSH
   JARDINE PC
8  40 Inverness Drive East
   Denver, CO 80112
9  Telephone: (303) 792-5595
   Attorneys for Plaintiffs

10

11     I declare under penalty of perjury under the laws of the United States District
   Court, Northern District of California that the above is true and correct.

12     Executed on February 27, 2008 at San Francisco, California.

13

14                                         GLORIA CADENA

15

16

17

18

19

20

21

22

23

24

25

26

27

28